FILED
AUG 23 2010
CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| VOLTAGE PICTURES, LLC, | Civ. 10-MC-75 |
| Plaintiff, | |
| vs. | MOTION TO QUASH AND OBJECTIONS TO SUBPOENA |
| DOES 1-5,000, | |
| Defendants. | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

COMES NOW Midcontinent Communications, Inc., a non-party to the above-entitled matter, which has received a copy of a document purporting to be a Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action, and moves the Court to quash that Subpoena and asserts objections to that subpoena for insufficient service, lack of jurisdiction, and failure to assure adequate protections against undue burden or expense, consistent with Fed.R.Civ.P. 45.

Dated at Sioux Falls, South Dakota, this 23rd day of August, 2010.

DAVENPORT, EVANS, HURWITZ & SMITH, L.L.P.

Sandra Hoglund Hanson
206 West 14th Street
PO Box 1030
Sioux Falls, SD 57101-1030
Telephone: (605) 336-2880
Facsimile: (605) 335-3639
E-mail: shanson@dehs.com
    *Attorneys for Midcontinent Communications, Inc.*

## CERTIFICATE OF SERVICE

Sandra Hoglund Hanson, one of the attorneys for Midcontinent Communications, Inc., hereby certifies that a true and correct copy of the foregoing "Motion to Quash and Objections to Subpoena" and "Affidavit of Marjorie L. Johnson" was served by mail upon:

> Nicholas A. Kurtz
> Dunlap Grubb Weaver
> 199 Liberty St., SW
> Leesburg, Virginia 20175
> Telephone: 571-252-3311
> E-mail:nkurtz@dglegal.com
> *Attorneys for Plaintiff*

on this 23rd day of August, 2010.

_/s/ Sandra Hanson_